UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-61803-CIV-BLOOM/VALLE

ABS-CBN CORPORATION, *et al.*,

      Plaintiffs,

vs.

MOVIEONLINE.IO, *et al.*,

      Defendants.

                                                 /

**PLAINTIFFS' SECOND MOTION TO EXTEND DEADLINE TO MOVE FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT NUMBER 36 BY NOVEMBER 27, 2017**

      Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., d/b/a Star Cinema, and ABS-CBN International (collectively "Plaintiffs"), hereby move this Court for a seven (7) day extension of time to file their Motion for Clerk's Default as to Defendant viralsocialnetwork.com ("Defendant Number 36"), pursuant to the Court's November 13, 2017 Order [DE 38].

      1.      On October 31, 2017, the Court entered an Order requiring Plaintiffs to submit a Motion for Entry of Clerk's Default with respect to Defendants no later than November 13, 2017. (See DE 30, at paragraph 2.)  On November 13, 2017, Plaintiffs moved to extend this deadline by fourteen (14) days (DE 36), and later that same day, this Court entered an Order extending Plaintiffs' deadline to submit the Motion for Entry of Clerk's Default as to Defendant Number 36 to November 27, 2017. (DE 38.)

      2.      Plaintiffs and Defendant Number 36 have tentatively resolved their claims and anticipate submitting final papers, including a stipulated final judgment and permanent injunction, to the Court within the next seven (7) days.

3. This is the second request for additional time in connection with this matter. No party will be prejudiced by the granting of the requested enlargement of time.

4. Accordingly, for good cause shown, Plaintiffs respectfully request the Court extend the November 27, 2017 deadline to move for Entry of Clerk's Default against Defendant Number 36 by seven (7) days to permit the parties to resolve this matter.

WHEREFORE, Plaintiffs respectfully request the deadline to move for Entry of Clerk's Default against Defendant Number 36 on or by November 27, 2017, be extended by seven (7) days.

DATED: November 27, 2017.                Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **s/Christine Ann Daley**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net
E-mail: Christine@smgpa.net

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true copy of the foregoing was served this November 27, 2017, via e-mail to the e-mail address at which Defendant Number 36 was served and/or by posting copies of the same on the URL appearing at http://servingnotice.com/B4YKI1/index.html.

**s/Christine Ann Daley**
Christine Ann Daley
